

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.

May 26, 2020

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 22, 2020

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    **Re:**    *Nelson v. 303 Fare, LLC d/b/a Lolo's Seafood Shack et al.*
        **Case No.: 1:19-cv-10583-RA**

Dear District Judge Abrams:

Please be advised that this office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled and a settlement agreement has been drafted and provided to the defendants to be reviewed for execution. However, due to the COVID-19 pandemic, the terms of the settlement agreement are being modified by the defendants. Currently, Plaintiff is waiting to receive the modified settlement agreement to be reviewed for execution. Respectfully, we are requesting together with counsel for the defendants, an extension of time to file a Stipulation of Dismissal for thirty (30) days so that the parties can finalize the settlement agreement.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    Daryl Davis, Esq. *(via CM/ECF)*
        Ilan Weiser, Esq. *(via CM/ECF)*
        Nicole Vescova, Esq. *(via CM/ECF)*