

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

June 25, 2020

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      **Re:**    *Nelson v. 303 Fare, LLC d/b/a Lolo's Seafood Shack et al.*
              **Case No.: 1:19-cv-10583-RA**

Dear District Judge Abrams:

    Please be advised that this office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Currently, Plaintiff is reviewing the modified settlement agreement which was only received this week. Respectfully, we are requesting together with counsel for the defendants, an extension of time to file a Stipulation of Dismissal for thirty (30) days so that the parties can finalize the settlement agreement.

    We thank this Honorable Court for its time and consideration in this matter.

Application granted. However, absent good cause, no further extensions will be granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 26, 2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    Daryl Davis, Esq. *(via CM/ECF)*
        Ilan Weiser, Esq. *(via CM/ECF)*
        Nicole Vescova, Esq. *(via CM/ECF)*